■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH PETTY, Appellant

We find no basis in the record for disturbing the hearing court's determination that the defendant's confession was voluntarily made *(see, People v Foskey,* 115 AD2d 558; *People v Armstead,* 98 AD2d 726). Mangano, J. P., Weinstein, Lawrence and Eiber, JJ., concur.